**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-1062**

---

BRUCE E. ANDERSON,

Plaintiff - Appellant,

versus

DAVID L. SMITH; VIRGINIA DEPARTMENT OF COR-
RECTIONS; DR. CEI; DR. KAPIL; EDWARD CAREY,
Doctor; DR. AMMONETTE; E. C. MORRIS; DOCTOR
WALKER, Bland Correctional Center,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke. Jackson L. Kiser, Chief District
Judge; Glen E. Conrad, Magistrate Judge. (CA-93-582-R)

---

Submitted: April 15, 1996                    Decided: April 22, 1996

---

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

---

Affirmed by unpublished per curiam opinion.

---

Bruce E. Anderson, Appellant Pro Se. Mary Christine Maggard,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia;
Peter Duane Vieth, WOOTEN & HART, P.C., Roanoke, Virginia, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Anderson v. Smith</u>, No. CA-93-582-R (W.D. Va. Dec. 8, 1994). We deny Appellant's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>